# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| STEVEN MOODY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. CIV-19-413-HE |
| | ) | |
| ANDREW M. SAUL, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

In this action, plaintiff seeks judicial review of the final decision of defendant Commissioner of Social Security Administration ("Commissioner") that plaintiff was not disabled under the terms of the Social Security Act. On January 30, 2020, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation recommending that the Commissioner's decision be affirmed. The parties were advised of their right to object to the Report and Recommendation by February 19, 2020.

Neither party objected to the Report and Recommendation. Therefore, the parties have waived their rights to appellate review of the factual and legal issues it addressed. Cassanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010). Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #20] and **AFFIRMS** the decision of the Commissioner.

**IT IS SO ORDERED.**

Dated this 21st day of February, 2020.

JOE HEATON
UNITED STATES DISTRICT JUDGE